**United States District Court**
For the Northern District of California

1

2

3

4

5                                    IN THE UNITED STATES DISTRICT COURT

6                                FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   LIZETTE PEREZ GONZALEZ,                               No.  CV 14-02558 MEJ

9              Plaintiff,                                 **ORDER**

10      v.

11  JPMORGAN CHASE BANK,

12             Defendant.
                                                    /

13

14  GOOD CAUSE APPEARING THEREFOR,

15         IT IS ORDERED that this case is reassigned to the **Honorable Edward M. Chen** in the **San**

16  **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17  bear the **initials EMC** immediately after the case number. All dates presently scheduled are vacated

18  and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19  Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20  Matters for which a magistrate judge has already issued a report and recommendation shall not be

21  rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22  accordance with Fed. R. Civ. P. 72(b).

23

24                                           FOR THE EXECUTIVE COMMITTEE:

25

26  Dated:  June 27, 2014
                                             Richard W. Wieking
27                                           Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.