1  Lizzette Gonzalez on behalf of the
   Estate of Ruby Perez
2  220 Raye Avenue
   Oakley, California 94561
3  Telephone: (925) 848-8985
   Facsimile: (510) 614-2930
4
   Plaintiff *pro se*
5
   Robert A. Bleicher (Bar No. 111334)
6  rbleicher@carr-mcclellan.com
   Scott E. Atkinson (Bar No. 251996)
7  satkinson@carr-mcclellan.com
   CARR McCLELLAN P.C.
8  216 Park Road
   P.O. Box 513
9  Burlingame, California  94011-0513
   Telephone:     (650) 342-9600
10 Facsimile:     (650) 342-7685

11 Attorneys for Defendants
   JPMorgan Chase Bank, N.A.,
12 Select Portfolio Servicing, Inc., and
   Mortgage Electronic Registration Systems, Inc.

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | LIZETTE PEREZ GONZALEZ ON          Case No.  3:14-cv-02558-EMC
   | BEHALF OF THE ESTATE OF RUBY
18 | PEREZ,                             RULE 41(a)(1)(A)(ii) STIPULATION FOR
   |                                    DISMISSAL WITHOUT PREJUDICE
19 |            Plaintiff,

20 | v.

21 | JPMORGAN CHASE BANK, N.A. AS
   | SUCCESSOR IN INTEREST TO BEAR
22 | STEARNS AND ENCORE CREDIT
   | CORP.; et al.,
23 |
   |            Defendants.
24

25

26

27

28

29801-00014\iManage\5278989.1                      Rule 41(A)(1)(A)(ii) Stipulation for
                                                   Dismissal Without Prejudice

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lizette
2 | Perez Gonzalez on Behalf of the Estate of Ruby Perez and Defendants JPMorgan Chase Bank,
3 | N.A., Select Portfolio Servicing, Inc., and Mortgage Electronic Registration Systems, Inc., hereby
4 | stipulate to the dismissal of the above-captioned action without prejudice as to all parties and all
5 | causes of action.
6 | SO STIPULATED.

8 | Dated: November 24, 2014

CARR McCLELLAN P.C.

By: /s/ Scott E. Atkinson
Scott E. Atkinson
Attorneys for Defendants,
JPMorgan Chase Bank, N.A.,
Select Portfolio Servicing, Inc., and
Mortgage Electronic Registration Systems, Inc.

Dated: November 21, 2014

By: /s/ Lizette Perez Gonzalez
Lizette Perez Gonzalez on Behalf of the Estate
of Ruby Perez, in pro per

IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE
cc: Plaintiff

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

29801-00014\iManage\5778080.1

RECEIVED TIME NOV. 21. 4:35PM

- 2 -

Rule 41(A)(1)(A)(ii) Stipulation for
Dismissal With Prejudice

## PROOF OF SERVICE

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below, I served the attached:

**RULE 41(a) STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Lizzette Gonzalez on behalf of the
Estate of Ruby Perez
220 Raye Avenue
Oakley, CA 94561

[x] **By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

[ ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 24, 2014

_____
Georgia J. Llewellyn

29801-00017\iManage\5210226.1

CARR, MCCLELLAN,
INGERSOLL,
THOMPSON & HORN
PROFESSIONAL LAW
CORPORATION